IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [illegible] D.C.
05 SEP 26 PM 2:26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SEAN FAUST,

Plaintiff,

v. No.02-2948 M1/V

CITY OF MEMPHIS; W.E. CREWS, in his personal and official capacity as Director of the Memphis Police Department, SHELBY COUNTY, MARK LUTRELL, in his personal and official capacity as Sheriff of Shelby County, JOHN DOE #1 (Lieutenant Maxwell), JOHN DOE #2 (Officer Ray), JOHN DOE #3, (Officer Owen), JOHN DOE #4 (Officer Whipple), JOHN DOE #5 (Officer Siano), SHELBY COUNTY SHERIFF'S DEPARTMENT, and ANY OTHER UNNAMED OFFICERS of CITY OF MEMPHIS, in their personal and official capacities; ANY OTHER UNNAMED DEPUTIES of SHELBY COUNTY SHERIFFS DEPARTMENT, in their personal and official capacities;

Defendants.

---

**ORDER OF VOLUNTARY NON-SUIT**

---

It appearing to the Court that Plaintiff, Sean Faust, desires to take a voluntary non-suit in this cause as to all Defendants.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that a voluntary non-suit be and hereby is entered as to all Defendants.

Jon P. McCalla
JUDGE
DATE: Sept. 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05

27

APPROVED FOR ENTRY:

RANDALL J. FISHMAN, #7097
Attorney for Plaintiff,
200 Jefferson, Suite 1250
Memphis, TN 38103

Thomas E. Hansom, #8153
Attorney for Defendant,
659 Freeman
Memphis, TN 38122
(901) 327-4243

Henry L. Klein, #8856
Attorney for Defendant,
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
(901) 260-5132

Eugene C. Gaerig, #8232
Attorney for Defendant,
100 N. Main Building, Suite 3118
Memphis, TN 38103
(901) 526-6000

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon counsel for all parties via U.S. Mail, postage pre-paid, this the 20 day of Sept, 2005.

______________________________

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:02-CV-02948 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT