FILED BY _____ D.C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 SEP 26 PM 2:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

SEAN FAUST

**JUDGMENT IN A CIVIL CASE**

VS

CITY OF MEMPHIS, et al.

**CASE NO: 02-2948 Ml**

Upon agreement of the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Voluntary Non-Suit filed September 26, 2005, this case is DISMISSED.

APPROVED:

_signature_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 26, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_signature_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05

(28)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:02-CV-02948 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT